United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Lutando L. Hamilton
Tiffany R. Hamilton
    Debtors

Case No. 11-19685-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 3    Date Rcvd: Jul 18, 2016
    Form ID: 138NEW    Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.

```
db/jdb         +Lutando L. Hamilton,    Tiffany R. Hamilton,    11854 Basile Road,    Philadelphia, PA 19154-2523
cr              ECMC,    P.O. Box 75906,    St. Paul, MN 55175
cr              JPMORGAN CHASE BANK, NA,    Mail Code LA4-5555    700 Kansas Lane,    Monroe, LA  71203
12631229        ACS Inc.,    P.O. Box 7051,    Utica, NY 13504-7051
12763726       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
12749530       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12631233       +AMERICAN EXPRESS,    P.O. Box 981537,    El Paso, TX 79998-1537
12631235       +AR RESOURCES INC.,    P.O. Box 1056,    Blue Bell, PA 19422-0287
12631230        Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
12631231        American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
12631232        American Express,    P.O. Box 981535,    EL Paso, TX 79998-1535
12737863        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12717786       +American Student Assistance Guarantor,    100 Cambridge Street, Suite 1600,
                 Boston, MA 02114-2567
12631236        Aria Health,    P.O. Box 8500-6395,    Philadelphia, PA 19178-6395
12723450      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12631240       +BARCLAYS BANK DELAWARE,    P.O. Box 8803,    Wilmington, DE 19899-8803
12631237       +Balmore L. Hamilton,    218-26 103rd Avenue,    Queens Village, NY 11429-2002
12682097       +Bureau of UC Benefits and Allowances,    UI Payment Services,    501 Labor and Industry Building,
                 7th and Forster Streets,    Harrisburg, PA 17121-0001
12784864       +CAPITAL ONE BANK (USA), N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
12784862       +CAPITAL ONE, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
12631248       +CHASE HOME FINANCE LLC,    3415 Vision Dr,    Columbus, OH 43219-6009
12631241        Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12666922        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13556316        Capital One N.A. by PRA Receivables Mgmt LLC,    PO Box 70884,    Charlotte, NC 28272-0884
12631246        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12631247       +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
12631250      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    c/o DFS Customer Care Dept.,
                 P.O. Box 81577,    Austin, TX 78708-1577)
12753492        Educational Credit Management Corp,    PO Box 16408,    St. Paul, MN  55116-0408
12631252       +Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
12631253        Experian NCAC,    P.O. Box 9556,    Allen, TX 75013
12631254        First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
12631255       +Friends Hospital,    4641 Roosevelt Blvd,    Philadelphia, PA 19124-2398
12631256        Frost-Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
12631259       +HSBC BANK,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12631261        HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
12631260        HSBC Card Services,    P.O. Box 379,    Wood Dale, IL 60191-0379
13585794       +J.P. Morgan Chase Bank N.A.,    Chase Record Ctr.,    Attn: Correspondence Mail,
                 700 Kansas Lane,    Monroe, LA 71203-4774
12668558        JP Morgan Chase,    c/o ACS,    PO Box 22724,    Long Beach, CA 90801-5724
12635729       +JPMorgan Chase Bank NA,    c/o Ann E. Swartz, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
12840262       +JPMorgan Chase Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
12659675       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7126,
                 Columbus, OH 43219-6009
12658485       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12631266       +Preferred Medical Deposit,    10604 Justin Drive,    Des Moines, IA 50322-3728
12631268       +SKO Brenner American, Inc.,    40 Daniel Street,    Farmingdale, NY 11735-1308
12644896        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
12631267        Santander Consumer USA,    Attn: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
12631269       +TD Bank,    3930 Woodhaven Road,    Philadelphia, PA 19154-2898
12631270        TransUnion Consumer Relations,    P.O. Box 2000,    Chester, PA 19022-2000
12631271        UI Payment Services,    P.O. Box 67503,    Harrisburg, PA 17106-7503
12631272        WFNNB-Victoria's Secret,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
12631273       +WFNNB/EXPRESS,    P.O. Box 182789,    Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0313-2          User: Randi               Page 2 of 3                   Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW           Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:47      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:03:37
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 19 2016 02:44:46
                 Onyx Acceptance Corp Department,    (Serviced by Capital One Auto Finance),
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:15
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12631234       +E-mail/Text: broman@amhfcu.org Jul 19 2016 01:55:46      American Heritage Federal Credit Union,
                 2060 Red Lion Road,    Philadelphia, PA 19115-1699
12751440        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:11:07
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,     PO Box 269093,
                 Oklahoma City, OK 73126-9093
12631242       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 19 2016 02:03:59
                 CAPITAL ONE AUTO FINANCE,    3905 Dallas Pkwy,   Dallas, TX 75093-7892
12631245       +E-mail/Text: bankruptcynotices@cbecompanies.com Jul 19 2016 01:55:58       CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
12644319        E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:28       City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12631243        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 19 2016 02:03:37
                 Capital One Auto Finance,    P.O. Box 260848,   Plano, TX 75026-0848
12631244       +E-mail/Text: bankruptcy@cavps.com Jul 19 2016 01:55:58       Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12631249        E-mail/Text: creditonebknotifications@resurgent.com Jul 19 2016 01:55:00       Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
12631251        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:34       Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
12721100        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:47      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12631257        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:14      GEMB/AMAZON,    P.O. Box 965015,
                 Orlando, FL 32896-5015
12631258        E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:15      GEMB/LOWES,    P.O. Box 965005,
                 Orlando, FL 32896-5005
12631262        E-mail/Text: cio.bncmail@irs.gov Jul 19 2016 01:55:07      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12777641        E-mail/Text: bkr@cardworks.com Jul 19 2016 01:54:53      Merrick Bank,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
12631265       +E-mail/Text: bkr@cardworks.com Jul 19 2016 01:54:53      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
12934954        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:10:35      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX 77210-4457
12667111       +E-mail/Text: bncmail@w-legal.com Jul 19 2016 01:55:50      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12653869       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 19 2016 02:43:51
                 Onyx Acceptance Corp, c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12751436        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:43:47
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
13024878       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:03:53
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12924854        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:54      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
12651330        E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2016 01:55:13
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
12639006        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:26
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*           +American Student Assistance Guarantor,    100 Cambridge Street, Suite 1600,
                Boston, MA 02114-2567
cr*           +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12631239*      BANK OF AMERICA,    P.O. Box 17054,   Wilmington, DE 19850-7054
12778564*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
12860155*      Educational Credit Management Corp,    PO Box 16408,   St. Paul, MN 55116-0408
```

```
District/off: 0313-2           User: Randi              Page 3 of 3                  Date Rcvd: Jul 18, 2016
                               Form ID: 138NEW          Total Noticed: 81

12631238     ##+BANK OF AMERICA,    P.O. Box 17054,    Wilmington, DE 19850-7054
12631263     ##+Interstate Credit and Collection, Inc.,    P.O. Box 731,    Plymouth Meeting, PA 19462-0731
12631264     ##+Mary Ryan,    435 Radcliffe Street,    Bristol, PA 19007-5143
                                                                                    TOTALS: 0, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor   J.P. Morgan Chase Bank, National Association ,
               ecfmail@mwc-law.com
              CHRISTOPHER MICHAEL MCMONAGLE    on behalf of Debtor Lutando L. Hamilton
               CMcMonagle@freedmanlorry.com, hbanks@freedmanlorry.com
              CHRISTOPHER MICHAEL MCMONAGLE    on behalf of Joint Debtor Tiffany R. Hamilton
               CMcMonagle@freedmanlorry.com, hbanks@freedmanlorry.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lutando L. Hamilton and Tiffany R. Hamilton

    Debtor(s)

Bankruptcy No: 11−19685−elf
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/18/16

63 − 62
Form 138_new