United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-19685-elf
Lutando L. Hamilton                                             Chapter 13
Tiffany R. Hamilton
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi           Page 1 of 1         Date Rcvd: Aug 26, 2016
                         Form ID: 195        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db/jdb          +Lutando L. Hamilton,    Tiffany R. Hamilton,    11854 Basile Road,    Philadelphia, PA 19154-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor   J.P. Morgan Chase Bank, National Association
       ecfmail@mwc-law.com, ecfmail@mwc-law.com
      CHRISTOPHER MICHAEL MCMONAGLE    on behalf of Debtor Lutando L. Hamilton
       CMcMonagle@freedmanlorry.com, hbanks@freedmanlorry.com
      CHRISTOPHER MICHAEL MCMONAGLE    on behalf of Joint Debtor Tiffany R. Hamilton
       CMcMonagle@freedmanlorry.com, hbanks@freedmanlorry.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   J.P. Morgan Chase Bank, National Association
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                       TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  : Chapter 13

Lutando L. Hamilton and Tiffany R. Hamilton  : Case No. 11−19685−elf
    Debtor(s)

### ORDER
_____

AND NOW, this day , August 26. 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

66
Form 195